**Order filed, October 20, 2017.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-17-00797-CR

### JASMINE NICOLE GRANT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 185th District Court
### Harris County, Texas
### Trial Court Case 1490420

---

### ORDER

The reporter's record in this case was due 07/08/2017. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Carrie Logan, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM